# ELECTRONIC RECORD

COA # 01-12-01144-CR

OFFENSE: 22.02 (Aggravated Assault)

STYLE: Jay Scott Garrison, Jr. v. The State of Texas

COUNTY: Harris

COA DISPOSITION: AFFIRM

TRIAL COURT: 178th District Court

DATE: 06/26/2014          Publish: NO

TC CASE #: 1278458

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jay Scott Garrison, Jr. v. The State of Texas

CCA #: 915-14

PRO SE Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

STRUCK

JUDGE: _____

DATE: NOVEMBER 19 2014

SIGNED: _____    PC: _____

JUDGE: Per Curiam

PUBLISH: _____    DNP: _____

Pro SE Petition For Discretionary Review in CCA is REFUSED on 02/04/2015 Per Curiam

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**